**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
Gary E. Schnitzer, Esq.
Nevada Bar No. 395
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

**HUNTON AND WILLIAMS LLP**
Brian V. Otero, Esq. (admitted *Pro Hac Vice*)
Ryan A. Becker, Esq. (admitted *Pro Hac Vice*)
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-mail: botero@hunton.com
         rbecker@hunton.com
Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE MARGARET MARINO, individually and on behalf of others similarly situated, | Case No. 3:16-CV-00526-MMD-WGC |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant, | |

//

//

//

//

//

1

Plaintiff Valerie Margaret Marino and Defendant Ocwen Loan Servicing, LLC, by and through their undersigned counsel, hereby give notice that Plaintiff voluntarily dismisses this case without prejudice and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DATED** this 20th day of February, 2018

/s/ Christopher P. Burke, Esq.
Christopher P. Burke, Esq.
Nevada Bar No. 4093
702 Plumas Street
Reno, NV 89509
*Attorney for Plaintiff*
VALERIE MARGARET MARINO

/s/ Gary E. Schnitzer, Esq.
Gary E. Schnitzer, Esq.
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
Nevada Bar No. 395
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

**HUNTON AND WILLIAMS LLP**
Brian V. Otero, Esq. (admitted *Pro Hac Vice*)
Ryan A. Becker, Esq. (admitted *Pro Hac Vice*)
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-mail: botero@hunton.com
         rbecker@hunton.com
*Attorneys for Defendant*
OCWEN LOAN SERVICING, LLC

IT IS SO ORDERED.

Dated:   February 20, 2018

_____
U.S. District Judge

2